## Third Department, March, 1955.

### (March 9, 1955.)

■

In the Matter of the Claim of WILLIAM C. ALDRICH, Appellant, against CENTRAL MARKETS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

In the Matter of the Claim of NETTIE BROOKS, Appellant, against GEORGE A. KRUG BAKING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

MARTIN DAVIDSON et al., Appellants, v. W. M. WHITNEY & Co. INC., Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

In the Matter of the Claim of ABRAHAM ELKIND, Appellant, against PRIDE LAUNDRY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

In the Matter of the Claim of CATHERINE GFROERER, Appellant, against MAXOR HOLDING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELENE GILBAULT, Appellant.— Motion to dismiss appeal granted upon the ground that the appeal is not taken from an appealable order. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

In the Matter of the Claim of SAM GOICHMAN, Appellant, against MAURICE VASSELLO et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

MICHAEL KATSORIS, Respondent, v. DURHAM HOUSE, INC., Appellant, et al., Defendants.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.